EXHIBIT 1
TO DECLARATION OF REMINGTON ATWOOD

INVOICES



## INVOICE

**Bill To:**
Ny-Mac Enterprises, Inc.
3415 S. Creyts Rd.
Lansing, MI 48917

| | |
|---|---|
| Invoice Number: | 19577 |
| Invoice Date: | 8/18/2015 |
| Terms: | ACH |
| Due Date: | 9/1/2015 |
| PO Number: | |

| Description | Amount |
|---|---|
| September 2015 Lease Payment Tax - Texas | 2,150.62 |

| | |
|---|---|
| Total Amount Due: | $2,150.62 |
| Payments/Credits: | $0.00 |
| Balance Due: | $2,150.62 |

**Remit To:**
Onset Financial, Inc.
10813 S. River Front Pkwy
Suite 450
South Jordan, UT 84095

Master Lease Number:
Schedule Number: Schedule 001

**Wire Instructions:**
JP Morgan Chase Bank, N.A.
ABA: 124001545
Account: 818584120
SWIFT Code: CHASUS33
Onset Financial, Inc.

P 801 878 0600
F 801 878 0601
10813 S. River Front Pkwy
Ste. 450
South Jordan, UT 84095
onsetfinancial.com

OFI 000038



## INVOICE

**Bill To:**
Ny-Mac Enterprises, Inc.
3415 S. Creyts Rd.
Lansing, MI 48917

| | |
|---|---|
| Invoice Number: | 19665 |
| Invoice Date: | 9/16/2015 |
| Terms: | ACH |
| Due Date: | 10/1/2015 |
| PO Number: | |

| Description | Amount |
|---|---|
| October 2015 Lease Payment Tax - Texas | 1,377.37 |

| | |
|---|---|
| Total Amount Due: | $1,377.37 |
| Payments/Credits: | $0.00 |
| Balance Due: | $1,377.37 |

**Remit To:**
Onset Financial, Inc.
10813 S. River Front Pkwy
Suite 450
South Jordan, UT 84095

Master Lease Number:
Schedule Number: Schedule 001

**Wire Instructions:**
JP Morgan Chase Bank, N.A.
ABA: 124001545
Account: 818584120
SWIFT Code: CHASUS33
Onset Financial, Inc.

P 801 878 0000
F 801 878 0001
10813 S. River Front Pkwy
Ste. 450
South Jordan, UT 84095

onsetfinancial.com

OFI 000040



## INVOICE

**Bill To:**
Ny-Mac Enterprises, Inc.
3415 S. Creyts Rd.
Lansing, MI 48917

| | |
|---|---|
| Invoice Number: | 19753 |
| Invoice Date: | 10/20/2015 |
| Terms: | ACH |
| Due Date: | 11/1/2015 |
| PO Number: | |

| Description | Amount |
|---|---|
| November 2015 Lease Payment Tax - Texas | 1,377.37 |

| | |
|---|---|
| Total Amount Due: | $1,377.37 |
| Payments/Credits: | $0.00 |
| Balance Due: | $1,377.37 |

**Remit To:**
Onset Financial, Inc.
10813 S. River Front Pkwy
Suite 450
South Jordan, UT 84095

Master Lease Number:
Schedule Number: Schedule 001

**Wire Instructions:**
JP Morgan Chase Bank, N.A.
ABA: 124001545
Account: 818584120
SWIFT Code: CHASUS33
Onset Financial, Inc.

P 801 878 0600
F 801 878 0601
10813 S. River Front Pkwy.
Ste. 450
South Jordan, UT 84095

onsetfinancial.com

OFI 000042